JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ANA LILIA GARIBAY FIGUEROA,                )        Case No. 1:22-cv-00337-JLT-BAK
                                           )
         Plaintiff,                       )        STIPULATION AND ORDER FOR
                                           )        EXTENSION OF TIME
    vs.                                    )
                                           )
KILOLO KIJAKAZI, Acting                    )
Commissioner of Social Security,           )
                                           )
         Defendant.                       )
                                           )
                                           )
                                           )
                                           )
_____)

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from September 19, 2022 to November 18, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  In the months of May through July 21, 2022, Counsel received an influx of Social Security Certified Administrative Records (CAR).  A review of the records received shows Counsel

has received at least 50 CARs, the majority of which were filed in June 2022. This has caused an unusually large number of cases that have merit briefs due in the months of August and September.  For the weeks of September 12, 2022 and September 19, 2022, Counsel currently has 10 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.

Also, as previously reported, Counsel for Plaintiff underwent major orthopedic surgery in March 2022, requiring significant physical therapy. This has required Plaintiff's counsel to take time off during the work week and work months since then. Although much improved, Counsel still participates in regular physical therapy two to three times per week.  Lastly, Counsel for Plaintiff and his husband are expecting their fourth child through surrogacy and time off or a reduction in workhours during the last week of October 2022 is expected.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 7, 2022          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: September 7, 2022          PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By:  *\_/s/ Mary Tsai\_*
     Mary Tsai
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on September 7, 2022)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>ORDER</u>

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include November 18, 2022, in which to file Plaintiff's Motion for Summary Judgment; and that all other deadlines set forth in the Court's Amended Scheduling Order (Doc. 9) shall be extended accordingly.  IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **September 9, 2022**          /s/ *Barbara A. McAuliffe*

                                        UNITED STATES MAGISTRATE JUDGE