UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA LILIA GARIBAY FIGUEROA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:22-cv-00337-JLT-CDB (SS)<br><br>ORDER ON STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>(ECF No. 20) |

Before the Court is the parties' Stipulation to Voluntary Remand Pursuant to sentence four of 42 U.S.C. § 405(g) and to Entry of Judgment. (ECF No. 20). Upon consideration of the parties' stipulation, pleadings and for good cause shown, IT IS HEREBY ORDERED:

1. The above-captioned matter is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

2. Upon remand, the Appeals Council will remand the case to an Administrative Law Judge ("ALJ") for a new decision and instruct the ALJ to re-develop and re-evaluate the evidence of record; and

3. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and

/ / /

/ / /

against Defendant, reversing the final decision of the Commissioner, and terminate all pending dates.

IT IS SO ORDERED.

Dated:  **December 30, 2022**

UNITED STATES MAGISTRATE JUDGE